**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah June, et al., | ) |
| Plaintiffs, | ) CV-08-8007-PCT-PGR |
| vs. | ) |
| TRC Four Corners Dialysis Clinics, LLC, et al. | ) ORDER |
| Defendants. | ) |

The plaintiffs' Second Amended Complaint (doc. #57)[1], filed August 22, 2008, improperly lists the plaintiffs as being "SARAH JUNE, surviving spouse and heir of TSOSIE JUNE, SR., deceased; TINA JUNE, TSOSIE JUNE, JR., RONALD JUNE, ROBERT JUNE, JASON JUNE, NATHAN JUNE and GINA JUNE, surviving children and heir of TSOSIE JUNE, SR., deceased."[2]  Since this

---

[1] The document is actually a first amended complaint as no amended complaint has previously been filed in this action.

[2] As the Court has already advised counsel, *see* doc. #44, fn. 1, the total capitalization of the parties' names in the caption of any document filed with the Court violates LRCiv 7.1(a)(3).

1. is a wrongful death action, A.R.S. § 12-612(A) governs who may be a named
2. plaintiff.  The Arizona courts have made it clear that the plain language of that
3. statute mandates that there be only a single plaintiff who acts for and on behalf of
4. all statutory beneficiaries. *See e.g.*, Wilmot v. Wilmot, 58 P.3d 507,511
5. (Ariz.2002).  The Court will therefore strike the Second Amended Complaint and
6. will require that an amended complaint be filed that properly names a statutory
7. plaintiff.   Therefore,
8.     IT IS ORDERED that the Second Amended Complaint and Jury Demand
9. (doc. #57) is stricken.
10.     IT IS FURTHER ORDERED that an amended complaint that properly
11. names a statutory plaintiff in compliance with A.R.S. § 12-612 shall be filed no
12. later than September 5, 2008.
13.     DATED this 25th day of August, 2008.

Paul G. Rosenblatt
United States District Judge