**WO**

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9

10   Sarah June,                          )
                                          )
11            Plaintiff,                   )
         vs.                              )        CV-08-8007-PCT-PGR
12                                        )
     TRC Four Corners Dialysis Clinics,   )
13   LLC, et al.,                         )             ORDER
                                          )
14            Defendants.                 )
                                          )
15   _____        )

16        The parties having filed a Stipulation for Dismissal With Prejudice (doc.

17   #60) which is sufficient to automatically effectuate the dismissal of this action with

18   prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court

19   order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

20        IT IS ORDERED that the Clerk of the Court shall terminate this action.

21        DATED this 19th day of September, 2008.

22

23

24                                        Paul G. Rosenblatt
                                          United States District Judge
25

26